■ The People of the State of New York, Respondent, v Herbert Church, Appellant. [665 NYS2d 174] —Judgment unanimously affirmed. Memorandum: We reject the contention of defendant that he was deprived of a fair trial by prosecutorial misconduct. Defendant failed to object to many of the alleged instances of misconduct, thereby failing to preserve those alleged instances for our review (*see*, CPL 470.05 [2]). County Court sustained those objections that were raised, and defendant did not request curative instructions or move for a mistrial. Thus, "the court 'must be deemed to have corrected the error[s] to the defendant's satisfaction'" (*People v Balkum*, 233 AD2d 929, 930, *lv denied* 89 NY2d 939, quoting *People v Williams*, 46 NY2d 1070, 1071). In any event, the conduct of the

prosecutor, although at times improper, was not so egregious as to deprive defendant of a fair trial (*see, People v Curley*, 159 AD2d 969, 970, *lv denied* 76 NY2d 733; *cf., People v Mott*, 94 AD2d 415, 419).

Contrary to the contention of defendant in his *pro se* supplemental brief, the evidence at trial, when viewed in the light most favorable to the People (*see, People v Williams*, 84 NY2d 925, 926), is legally sufficient to support defendant's conviction (*see, People v Bleakley*, 69 NY2d 490, 495). Finally, upon weighing the relative probative force of the conflicting testimony, we conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley, supra*, at 495). (Appeal from Judgment of Cayuga County Court, Corning, J.— Assault, 2nd Degree.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.